## Thomas T. North, Appellee, v. John D. Wiese, Appellant.

### Gen. No. 41,232.

opinion filed February 17, 1941; rehearing denied March 4, 1941. Ashcraft & Ashcraft, for appellant; Russell F. Locke and Rufus D. Beach, of counsel; Lord, Bissell & Kadyk, for appellee; David J. Kadyk and Herbert C. Brook, of counsel. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''